JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>        Petitioner,<br><br>    v.<br><br>MONTGOMERY,<br><br>        Respondent. | Case No. CV 19-8059-CJC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: June 8. 2020

                                            CORMAC J. CARNEY
                                CHIEF UNITED STATES DISTRICT JUDGE